FILED

DEC 04 2019

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAFTA TRADERS, INC., <br><br> Plaintiff, <br><br> v. <br><br> HEWY WINE CHILLERS, LLC, n/k/a CORKCICLE, LLC; and BENJAMIN HEWITT, <br><br> Defendants. | Case No.: 19cv2294-DMS(KSC) <br><br> **ORDER SETTING BRIEFING SCHEDULE ON PLAINTIFF'S MOTION TO QUASH THIRD PARTY SUBPOENA SERVED ON JAMES LARRY WHITE** <br><br> **[Doc. No. 1.]** |

Plaintiff Nafta Traders, Inc. has filed a Motion to Quash and/or Modify Third Party Subpoena Served on James Larry White. [Doc. No. 1.] The Subpoena relates to an action currently pending in the Middle District of Florida (No. 6:19-01672-WWB-GJK), and it directs third party James Larry White to produce documents in San Diego. [Doc. No. 1, at p. 2.] In the Motion to Quash, plaintiff argues that the subpoena served on third party James Larry White should be quashed and/or modified, because it is overly broad and seeks disclosure of confidential and proprietary business and personal information that is not relevant to any claim or defense in the case. [Doc. No. 1, at pp. 4-7.] Accordingly, IT IS HEREBY ORDERED THAT:

1. ***No later December 18, 2019***, third party James Larry White and counsel for plaintiff and defendants shall satisfy the meet and confer requirements set forth in Local Rule 26.1(a) and this Court's Chambers Rule VIII(A). During the meet and confer process, counsel shall specifically discuss ways to narrow the scope of the subpoena by adding date and relevance limitations (*see* Chambers Rule VIII(E)(4)). Counsel shall also discuss whether a confidentiality protective order could be entered to protect any privacy or confidentiality interests at stake (*see* Chambers Rule XI). A sample confidentiality protective order is available on the Court's website. No later than ***December 20, 2019***, plaintiff's counsel shall file a declaration of compliance or noncompliance with the meet and confer requirements.

2. No later than ***January 6, 2020***, defendant and/or James Larry White may file an opposition to plaintiff's Motion to Quash. Any opposition must not exceed 5 pages in length. Any supporting declaration submitted with an opposition must not include exhibits.

2. If an opposition is filed, plaintiff may file a reply no later than ***January 13, 2020***. Any reply must not exceed 3 pages in length. Any supporting declaration submitted with a reply must not include exhibits.

IT IS SO ORDERED.

Dated: December 3, 2019

Hon. Karen S. Crawford
United States Magistrate Judge