CHARLES T. MEYER (State Bar No. 264457)
ctm@severson.com
SEVERSON & WERSON
A Professional Corporation
The Atrium
19100 Von Karman Avenue, Suite 700
Irvine, California 92612
Telephone: (949) 442-7110
Facsimile: (949) 442-7118

Attorneys for Plaintiff
NAFTA TRADERS, INC.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAFTA TRADERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> HEWY WINE CHILLERS, LLC, n/k/a CORKCICLE, LLC; and BENJAMIN HEWITT, <br><br> Defendants. | Case No. 19CV2294-DMS-KSC <br><br> Magistrate Judge Karen S. Crawford <br><br> **NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)** <br><br> Action Filed: December 2, 2019 <br> Trial Date: None Set |

**PLEASE TAKE NOTICE** that this action is dismissed by Plaintiff NAFTA TRADERS, INC. in its entirety. The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

DATED: December 19, 2019      SEVERSON & WERSON
　　　　　　　　　　　　　　  A Professional Corporation


By:　　/s/ Charles T. Meyer
　　　　　Charles T. Meyer

Attorneys for Plaintiff NAFTA TRADERS, INC.

13015.0001/15165563.1

**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)**

**PROOF OF SERVICE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is The Atrium, 19100 Von Karman Avenue, Suite 700, Irvine, CA 92612.

On December 19, 2019, I served true copies of the following document(s): **NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(A) OR (C)** on the interested parties in this action as follows:

| | |
|---|---|
| T. Todd Pittenger, Esq.<br>Kelly Garcia, Esq.<br>GrayRobinson, P.A.<br>301 E. Pine St., Suite 1400<br>P.O. Box 3068<br>Orlando, FL 32801 | Attorneys for Defendants<br>Hewy Wine Chillers, LLC, n/k/a<br>Corkcicle, LLC; and Benjamin Hewitt<br><br>Telephone: (407) 843-8880<br>Facsimile: (407) 244-5690<br>todd.pittenger@gray-robinson.com<br>kelly.garcia@gray-robinson.com |

**[X]  BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Severson & Werson's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 19, 2019, at Irvine, California.

_____
Matthew N. Tran

13015.0001/15165563.1